UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**M.P.** and **T.L.,** as individuals
and as parents of and on behalf
of their minor child, G.L,

       Plaintiffs,

Case No. 24-CV-357

v.

**MILWAUKEE BOARD OF SCHOOL
DIRECTORS** and **KASONGO
KALUMBULA**,

       Defendants.

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

Plaintiffs M.P. and T.L., as individuals and on behalf of their minor child, G.L., through their attorney, Elisabeth Lambert, make the following disclosures pursuant to Civil L.R. 7.1:

1. The plaintiff's redacted names are M.P., T.L., and G.L.. They are all represented by Attorney Elisabeth Lambert.
2. None of the plaintiffs is a corporation.
3. As of this submission, the only attorney who will appear on behalf of the plaintiffs is Elisabeth Lambert

Respectfully submitted this 22nd day of March, 2024.

*/s/ Elisabeth Lambert*
Attorney For Plaintiffs
State Bar No. 1114507
Wisconsin Education Law & Policy Hub
845 N. 11th St.
Milwaukee, WI 53233
Phone: (414)232-6504
Email: elisabeth@wisconsinELPH.org